UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00372-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KEYMON DOBBS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Early Termination of Supervised Release. The defendant's Supervising Officer has provided the Court with written concurrence in defendant's motion and the government has provided a written indication that it does not object to the relief sought.

The Court has carefully considered the request over the past few weeks along with the Supervising Officer's concurrence and concludes that defendant is a good candidate for early termination. The Court notes that in allowing this exceptional relief, it has been impressed with defendant's ability to complete five of his eight year term of supervision without incident; that he has steadily progressed in the work force from an entry level job after completion of his sentence to a management level position supervising multiple properties; and that he has been successful in caring for his dependents. Clearly, defendant has made a successful transition and has again become a valuable and trusted member of our community. Indeed, it appears that defendant has been a model supervisee who could likely do substantial service to the community by speaking to others (and new supervisees) as to how he turned his situation around and succeeded.

Based on such determinations and careful review of the record before it, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervised Release (#2) is **GRANTED**, and defendant's Supervised Release is **TERMINATED** as successfully completed.

Signed: December 21, 2017

Max O. Cogburn Jr
United States District Judge